# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SPEARS, | Case No. 1:21-cv-00590-DAD-SAB |
| Plaintiff, | ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | (ECF Nos. 10, 14) |
| LOWE'S HOME CENTERS, LLC, | |
| Defendant. | |

A scheduling order for this matter issued on June 15, 2021. (ECF No. 10.)

On May 13, 2022, the parties filed a stipulation to continue certain discovery deadlines on the scheduling order, which the Court construes as a motion to modify the schedule. ECF No. 14.) The parties seek to extend the expert discovery deadlines for sixty days, in order to facilitate an opportunity for the parties to engage in mediation and conduct settlement discussions. This is the parties' first request to modify the schedule. They do not seek to extend any other deadlines. This matter is not yet set for trial. The Court finds good cause exists to grant the parties' stipulated motion.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 14) is GRANTED. The scheduling order is modified as follows:

1

1. Expert Witness Disclosure Deadline: **August 9, 2022**;
2. Supplemental Expert Disclosure Deadline: **August 30, 2022**; and
3. Expert Discovery Deadline: **October 4, 2022**.
4. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **May 13, 2022**

UNITED STATES MAGISTRATE JUDGE